F I L E D

JAN 21 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| **vs.** | § | **Criminal No.  SA:26-M -00079(1)** |
| | § | |
| | § | *Ref: EP:18-CR-1842* |
| **(1) Humberto Rivera-Rivera** | § | |

## ORDER OF REMOVAL

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:

**(1) Humberto Rivera-Rivera**                    ,charged in a proceeding pending in the

**Western District of Texas - El Paso**

DIVISION for:

**Indictment**

and having been arrested in the San Antonio Division.

YOU ARE HEREBY COMMANDED to remove  (1) Humberto Rivera-Rivera   **forthwith**

to the  **Western District of Texas - El Paso**   DIVISION, and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

ORDERED on **21st day of January, 2026**.

**ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE**